IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| USA, | ) | C/A No.: 3:10-510-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Dorothy Lee Anderson, d/b/a DL Anderson Tax Service, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

The defendant, Dorothy Lee Anderson, is ordered to appear for her deposition on Friday, September 24, 2010 at 10 A.M. in the jury room of courtroom #6 at the U.S. District Courthouse, 901 Richland Street, Columbia, S.C. She is further ordered to truthfully and completely answer all questions pertaining to this case. She is also requested to bring with her any records, documents, bank statements, and the like requested by the government. If the defendant fails to appear or bring the requested documents, she will be held in contempt of court.

IT IS SO ORDERED.

September 13, 2010  Joseph F. Anderson, Jr.
Columbia, South Carolina  United States District Judge