IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| USA, | ) | C/A No.: 3:10-510-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Dorothy Lee Anderson, d/b/a DL Anderson Tax Service, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court finds that the defendant, Dorothy Lee Anderson, is in contempt for failing to comply with this Court's order dated September 10, 2010 and refusing to answer the Government's questions during her deposition on September 24, 2010. Sanctions will be held in abeyance until the completion of the case.

The defendant is ordered to appear for her continued deposition on Friday, October 15, 2010 at 10 A.M. in courtroom #4 at the U.S. District Courthouse, 901 Richland Street, Columbia, S.C. The undersigned will preside over the deposition to ensure the defendant's compliance. She is further ordered to truthfully and completely answer all questions pertaining to this case. She is also requested to bring with her any records, documents, bank statements, and the like requested by the government. Finally, she is ordered to not leave the country until further notice.

IT IS SO ORDERED.

s/Joseph F. Anderson, Jr.

October 1, 2010
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge