IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| USA, | ) | C/A No.: 3:10-510-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Dorothy Lee Anderson, d/b/a DL Anderson Tax Service, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

The defendant, Dorothy Lee Anderson, is hereby ordered to appear for a hearing on Tuesday, February 22, 2011 at 9:30 A.M. in Courtroom #4 at the U.S. District Courthouse, 901 Richland Street, Columbia, S.C. At this hearing, the Court will determine whether the defendant should be held in criminal contempt pursuant to Fed. R. Crim. Proc. 42(b) for lying to the Court about whether she personally benefitted from the receipt of the proceeds of the fraudulent income tax refunds at issue in this case.

The defendant, Ms. Anderson, is hereby advised that she has a right to an attorney and is permitted to bring one with her, at her own expense. Because the Court is not considering a punishment in excess of 6 months, the defendant is not entitled to a jury trial. US v. Linney, 134 F.3d 274 (4th Cir. 1998).

The defendant is permitted to bring any documents and witnesses she believes would provide evidentiary support for her case. She is ordered to appear at the above date and time and will be taken into custody if she fails to do so.

    IT IS SO ORDERED.

February 11, 2011                                         Joseph F. Anderson, Jr.
Columbia, South Carolina                     United States District Judge